MILTON SCHNAIER & COMPANY, Appellant, *v.* EMILIE B. GRIGSBY, Respondent.

*Schnaier & Co.* v. *Grigsby*, 132 App. Div. 854, affirmed.
(Argued October 6, 1910; decided October 25, 1910.)

APPEAL, by permission, from a judgment entered June 10, 1909, upon an order of the Appellate Division of the Supreme

Court in the first judicial department, which affirmed, with direction for judgment absolute, a determination of the Appellate Term reversing a judgment of the New York City Court in favor of plaintiff and granting a new trial in an action to foreclose a mechanic's lien. The principal question involved was as to whether the plaintiff corporation could lawfully engage in the business of plumbing.

*Milton Mayer* for appellant.

*L. Laflin Kellogg* and *William K. Hartpence* for respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.